

# Fourth Court of Appeals
## San Antonio, Texas

February 10, 2021

No. 04-20-00505-CV

**IN RE SOUTHEAST SNF, LLC** d/b/a South East Nursing & Rehabilitation Center

Original Mandamus Proceeding[1]

**ORDER**

On October 12, 2020, relator filed a petition for writ of mandamus. On November 6, 2020, the real party in interest filed a response. On November 24, 2020, the relator filed a reply. After considering the petition, the record, the response filed by the real party in interest, and the reply filed by relator, this court concludes relator is not entitled to the relief sought. Accordingly, the petition for writ of mandamus is denied. *See* TEX. R. APP. P. 52.8(a).

It is so **ORDERED** on February 10, 2021.

_____
Liza A. Rodriguez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 10th day of February, 2021.

_____
Michael A. Cruz, Clerk of Court

---

[1] This proceeding arises out of Cause No. 2019-CI-22992, styled *Villamar Ellison, individually and on behalf of the Estate of Olivia Ramirez, Deceased v. Southeast SNF, LLC d/b/a Southeast Nursing & Rehabilitation Center*, pending in the 285th Judicial District Court, Bexar County, Texas, the Honorable Laura Salinas presiding.